UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELITHIA BUTLER, | CV 19-01738 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PRIME HEALTHCARE CENTINELA, | |
| Defendants. | |

Pursuant to the Court's December 4, 2019 Minute Order granting defendant Prime Healthcare Centinela's ("Defendant"), Motion for Summary Judgment and the Court's May 10, 2019 Minute Order granting in part Defendant's Motion to Dismiss;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is entitled to judgment as a matter of law on Plaintiff Melithia Butler's claims for (1) violation of the Family Medical Leave Act, (2) wrongful termination in violation of public policy, (3) intentional infliction of emotional distress, and (4) punitive damages.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim

2  against Defendant for violation of California Labor Code section 1102.5(b) is dismissed

3  with prejudice.

4    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

5  nothing and that Defendant shall have its costs of suit pursuant to Federal Rule of Civil

6  Procedure 54(d)(1).

7    IT IS SO ORDERED.

8

9  DATED: December 4, 2019    _____

10                                          Percy Anderson
                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28